IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
|         Plaintiff,           ) | |
|                              ) | |
| v.                           ) | Criminal No. **07-30091-DRH** |
|                              ) | |
| **AGNES R. DAVIS,**          ) | |
|                              ) | |
|         Defendant.           ) | |

## ORDER

**PROUD, Magistrate Judge:**

On this date, the court was contacted by the U. S. Probation Office regarding the conditions of defendant's bond. The U.S. Probation Office recommends that the conditions of her bond be modified to include mental heath assessment and counseling. The supervising officer believes that such assessment and counseling may assist defendant in complying with the conditions of her release. The U.S. Attorney and defendant's attorney have no objection to the proposed modification.

The Court finds it appropriate to modify the conditions of bond as requested by the Probation Office.

On the Court's own motion, the conditions of pretrial release for defendant Agnes R. Davis **(Doc. 6)** are **MODIFIED to include the following condition**:

> Defendant shall undergo a mental health assessment and, if deemed necessary, shall participate in a program of mental health therapy or counseling as directed by her supervising officer.

The Clerk of Court is directed to serve a copy of this Order on the U.S. Probation Office.

**IT IS SO ORDERED.**

**DATED:** July 16, 2007.

                                s/ Clifford J. Proud
                                **CLIFFORD J. PROUD**
                                **UNITED STATES MAGISTRATE JUDGE**