IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 07-CR-30091-DRH |
| ) | |
| AGNES R. DAVIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon motion of the Government and in accordance with the provisions of Title 18, United States Code, Section 3148(b), it is hereby ordered that a warrant shall issue for the arrest of the defendant, Agnes R. Davis. Following the defendant's arrest, the Clerk of Court shall set a hearing on the Government's motion to revoke bond.

**IT IS SO ORDERED.**

DATE: November 27, 2007               /s/     *David R Herndon*

                                                              Chief Judge
                                                              United States District Court