# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-30091-DRH |
| | ) | |
| AGNES R. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter is before the Court on a motion to continue the sentencing hearing. (Doc. 34.)

For good cause shown, the Court **GRANTS** the motion and continues the sentencing hearing from

February 15, 2008 at 9:30 a.m. to April 3, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Signed this 13th day of February, 2008.

/s/     David R. Herndon

**Chief Judge**
**United States District Court**